■ In the Matter of Lasondra D., a Child Alleged to be Neglected. Wyoming County Department of Social Services, Respondent; Cassandra D., Respondent; Victor S., Appellant. (Appeal No. 2.) [53 NYS3d 864]—Appeal from an order of the Family Court, Wyoming County (Michael F. Griffith, J), entered November 18, 2015 in a proceeding pursuant to Family Court Act article 10. The order, among other things, continued the placement of the subject child in the custody of the nonparty maternal grandmother.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Lasondra D. (Cassandra D.—Victor S.)* ([appeal No. 1] 151 AD3d 1655 [2017]). Present—Whalen, P.J., Smith, Centra, Peradotto and Scudder, JJ.

■ Keith May, Respondent, v Buffalo MRI Partners, L.P., et al., Defendants, and Hari Gopal, M.D., Appellant. (Appeal No. 1.) [53 NYS3d 865]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered January 22, 2016. The order, inter alia, converted the motion of defendant Hari Gopal, M.D., to dismiss the amended complaint against him to a motion for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *May v Buffalo MRI Partners, L.P.* ([appeal No. 2] 151 AD3d 1657 [2017]). Present—Whalen, P.J., Smith, Centra, Peradotto and Scudder, JJ.